**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DARCY J. PATERSON, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| CHEMTURA CORPORATION, INC., CRAIG A. ROGERSON, JEFFREY D. BENJAMIN, TIMOTHY J. BERNLOHR, ANNA C. CATALANO, JAMES W. CROWNOVER, ROBERT A. DOVER, JONATHAN F. FOSTER, and JOHN K. WULFF, | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

**CIVIL ACTION NO. 2:16-cv-06626-ER**

---

**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME TO FILE
PLAINTIFF'S COUNSEL'S APPLICATION FOR AN AWARD OF ATTORNEYS' FEES
AND REIMBURSEMENT OF EXPENSES**

---

WHEREAS, on February 17, 2017, the Court issued an Order Concerning Plaintiff's Voluntary Dismissal of the Above Action with Prejudice as to Plaintiff only and Plaintiff's Counsel's Anticipated Application for an award of Attorneys' Fees and Expenses (Docket No. 17) (the "Order"), which, among other things, dismissed the above action and retained jurisdiction over the parties for the purpose of entering Plaintiff Chemtura Corporation's ("Chemtura" or the "Company") petition for an award of attorneys' fees and expenses (the "Fee and Expense Petition");

WHEREAS, pursuant to the Order, Chemtura's Opening Brief in support of the Fee and Expense Petition and any supporting papers was originally due on March 7, 2017;

WHEREAS, pursuant to the Order, Defendants' Opposition to the Fee and Expense Petition and any supporting papers was originally due on April 4, 2017;

WHEREAS, pursuant to the Order, Chemtura's Reply Brief in further support of the Fee and Expense Petition and any supporting papers was originally due on April 18, 2017; and

WHEREAS, the parties have conferred regarding the schedule governing the Fee and Expense Application;

**IT IS HEREBY STIPULATED AND AGREED**, by the parties hereto, through their undersigned counsel, subject to the approval of the Court, that the following schedule shall govern the briefing on the Fee and Expense Petition:

1.   Plaintiff shall file and serve his Opening Brief in support of the Fee and Expense Petition and any supporting papers by no later than March 21, 2017.

2.   Defendants shall file and serve any opposition to the Fee and Expense Petition and any supporting papers by no later than April 18, 2017.

3.   Plaintiff shall file and serve his Reply Brief in further support of the Fee and Expense Petition and any supporting papers by no later than May 2, 2017.

**IT IS SO STIPULATED.**

Dated:  March 7, 2017

_/s/ Kenneth I. Trujillo_
Kenneth I.Trujillo
Matthew S. Olesh
CHAMBERLAIN HRDLICKA WHITE
WILLIAMS AND AUGHTRY
300 Conshohocken State Road, Suite 570
West Conshohocken, PA 19428
Tel.: (610) 772-2340
Fax: (610) 536-7849

_/s/ Lawrence J. Portnoy_
Lawrence J. Portnoy
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017
Tel.: (212) 450-4874
Fax:  (212) 701-5874

2

*Local Counsel for Plaintiff Paterson*

/s/ *Donald J. Enright.*
Donald J. Enright
Elizabeth Tripodi
LEVI & KORSINSKY, LLP
1101 30th Street, N.W., Suite 115
Washington, DC 20007
Telephone: (202) 524-4290

*Counsel for Plaintiff Paterson*

M. Norman Goldberger
Timothy M. Stengel
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Tel.: (215) 864-8850
Fax: (215) 864-8999

*Attorneys for Defendants Chemtura, Craig*
*A. Rogerson, Jeffrey D. Benjamin,*
*Timothy J. Bernlohr, Anna C. Catalano,*
*James W. Crownover, Robert A. Dover,*
*Jonathan F. Foster, and John K. Wulff*

SO ORDERED this _____8_____ day of _____, 2017

Honorable Eduardo C. Robreno
United States District Court Judge

3